NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

HOWMEDICA OSTEONICS CORP.,
*Petitioner-Appellee,*

v.

SURGICAL ORTHOMEDICS, INC. STEVEN HEWES
AND ANDREW HEWES,
*Respondents-Appellants.*

---

2012-1561

---

Appeal from the United States District Court for the District of New Jersey in case no. 11-CV-6544, Judge Esther Salas.

---

## ON MOTION

---

## ORDER

The court treats Appellants' August 6, 2012 letter as a motion to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

__AUG 2 0 2012__                    /s/ Jan Horbaly
     Date                           Jan Horbaly
                                    Clerk

cc:  Elvin Esteves, Esq.
     Aaron C. Schlesinger, Esq.

s25

Issued As A Mandate:  ___AUG 2 0 2012___

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2012

JAN HORBALY
CLERK